*RECP #152155          CK # 102*

Date: 03/31/11

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-17355 - BLACK, SHONDRA P.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **The Illuminating Company - CEI** <br> **Bankruptcy Dept** <br> **6896 Miller Rd Rm 204** <br> **Brecksville, OH 44141** <br> (2-1) electric service | **000002** | **66.40** | **2.76** |
| ---------- Remittance Total -------------- | | **66.40** | **2.76** |

MARVIN A. SICHERMAN, Trustee

2011 APR -5 AM 11: 53
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 03/31/11 03:06 PM   Ver: 16.01c